UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :
                                          :
    SCOTT A. SHERWOOD        : Bankruptcy No. 18-10573REF
    and                      :
    BARBARA K. SHERWOOD      :
                                          :
    Debtor(s)                : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby Dismissed with Prejudice and debtors are barred [for one year] from filing another bankruptcy petition, either individually or jointly with a spouse, without prior leave of Court.

FOR THE COURT

12/6/18

_____
Richard E. Fehling, B. J.

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606-0410

Brenna H. Mendelsohn, Esq.
Mendelsohn & Mendelsohn PC
637 Walnut Street
Reading, PA 19601

Scott A. and Barbara K. Sherwood
506 Chestnut Street
Hamburg, PA 19526

David P. Adams, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107